**No. 11-5047. Vincent Mark Castillo, Petitioner v. Louisiana.**

565 U.S. 1080, 132 S. Ct. 813, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8740.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 57 So. 3d 1012.